Brian J. Mankin, Esq. (Cal. Bar No. 216228)
brian@lmlfirm.com
Peter J. Carlson, Esq. (Cal. Bar No. 295611)
peter@lmlfirm.com
LAUBY, MANKIN & LAUBY LLP
4590 Allstate Drive
Riverside, California 92501
Tel: (951) 320-1444; Fax: (951) 320-1445

Mehrdad Bokhour, Esq. (Cal. Bar No. 285256)
mehrdad@bokhourlaw.com
BOKHOUR LAW GROUP. P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

Attorneys for Plaintiff and others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGBIS E. LOPEZ MUNOZ, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENTAIR WATER POOL AND SPA, INC.; PENTAIR MANAGEMENT COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-02310 JAK (SKx)<br>*[Assigned to the Hon. John A. Kronstadt]*<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>Hearing</u><br>Date:           September 27, 2021<br>Time:           8:30 a.m.<br>Courtroom:   10B<br><br>Complaint filed:   February 19, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 27, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 10B at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Magbis Lopez Munoz ("Plaintiff") will move, pursuant to FRCP Rule 23, for an order granting final approval of the class action settlement between Plaintiff and Defendants Pentair Water Pool and Spa, Inc. and Pentair Management Company (collectively, "Defendants").  This Motion, which is supported and unopposed by Defendants, seeks final approval of a $2,400,000 settlement on behalf of the Class Members, including allocations of: (1) attorneys' fees for the 25% benchmark; (2) litigation costs of $14,085.61; (3) administrator costs of $20,000; (4) PAGA payment to the LWDA of $150,000; and (5) a service award to Plaintiff and class representative in the amount of $6,000.  A proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiff requests that the Court grant final approval of the settlement, as preliminarily approved by the Court, and enter the proposed order and final judgment.

Good cause exists to grant this Motion because the settlement is fair and reasonable pursuant to the criteria established to evaluate such motions.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Joint Stipulation of Class Action Settlement and Release, Plaintiff's concurrently filed Motion for Attorneys' Fees, Costs, and Service Awards, the supporting declarations of Plaintiff's counsel (Brian Mankin, Mehrdad Bokhour, and Peter Carlson), Plaintiff Munoz and the Settlement Administrator (Daniel La of CPT Group), the proposed Order submitted herewith, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the time of hearing.

Dated:  August 16, 2021

LAUBY, MANKIN & LAUBY LLP

BY: _____*/s/ Brian J. Mankin, Esq.*_____
Brian J. Mankin, Esq.
Attorneys for Plaintiff and the similarly situated employees