UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-02310 JAK (SKx) | Date | November 1, 2021 |
| Title | Magbis E. Lopez Munoz, et al. v. Pentair Water Pool and Spa, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Anne Kielwasser |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brian Mankin<br>Mehrdad Bokhour | Carrie McAtee |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 47)**

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENT (DKT. 48)**

The motion hearing is held by video conference. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant the Motion for Final Approval of Class Action Settlement (Dkt. 47) and the Motion for Award of Attorneys' Fees, Costs, and Service Payment (Dkt. 48) (together, the "Motions"). Counsel address the Court. The Court adheres to its tentative views and orders the Motions **GRANTED.** A separate and more detailed order will issue.

**IT IS SO ORDERED.**

| | : | 07 |
|---|---|---|
| Initials of Preparer | TJ | |