1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGBIS E. LOPEZ MUNOZ, individually, on a representative basis, and on behalf of all others similarly situated, | No.  2:19-cv-02310 JAK (SKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PENTAIR WATER POOL AND SPA, INC.; PENTAIR MANAGEMENT COMPANY, and DOES 1 through 10, inclusive, | JS-6 |
| Defendants. | |

-1-

The Parties reached a settlement subject to Court approval as represented in the Settlement Agreement that was filed previously. A hearing on the motion for final approval was then conducted, and it was granted with certain modifications in the Final Approval Order. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      There is jurisdiction over the parties to this action, including all Class Members.

2.      Judgment is entered whereby Plaintiffs and Class Members, except those who excluded themselves from the Settlement, shall take from Defendants only as expressly set forth in the Class Action Settlement, as approved in the Final Approval Order.

3.      The Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs, Class Members and Defendants, as to the following:

   a.   Supervising the implementation, enforcement, construction and interpretation of the Settlement, the Preliminary Approval Order, the plan of allocation, the Final Approval Order and this Judgment; and

   b.   Supervising distribution of amounts to be paid under the terms of the Final Approval Order.

4.      This action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  November 12, 2021        _____
                                John A. Kronstadt
                                United States District Judge